UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MANEA ORTANSA MIRELA,<br><br>            Petitioner,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Civil Action No.<br>3:18-cv-537 (CSH)<br><br><br>FEBRUARY 28, 2020 |

### MEMORANDUM AND ORDER

**HAIGHT, Senior District Judge:**

The captioned case is before the Court on a joint motion [Doc. 36] to dismiss a petition for habeas corpus relief from an extradition certification.

The action was commenced when Manea Ortansa Mirela ("Manea") petitioned for habeas corpus relief following Magistrate Judge Margolis's certification of Manea for extradition from the United States to Romania. *Matter of Extradition of Manea*, No.15-MJ-157 (JGM), 2018 WL 1110252, at *28 (D. Conn. Mar. 1, 2018). Romania had requested the United States Secretary of State to extradite Manea to Romania. Before the Secretary had decided whether or not to do so, Manea filed the captioned habeas petition in this Court.

The Court denied Manea's petition and dismissed the action in an opinion [Doc. 28] reported at 2019 WL 4573260 (D. Conn. Sept. 20, 2019). That denial and dismissal were *without prejudice* to the filing by Manea of "a renewed and amended habeas corpus petition, in the event that subsequent to the entry of this Judgment, the Secretary of State of the United States decides to surrender Manea to Romanian authorities for extradition to Romania." 2019 WL 4573260, at *24.

1

Manea appealed this Court's ruling. The Second Circuit stayed Manea's extradition pending its decision on the appeal.

It appears from the joint motion to dismiss the underlying petition that on February 19, 2020, while the appeal was still pending, Romania notified the United States Department of Justice that Romania was withdrawing its request for Manea's extradition. In consequence, the parties moved to dismiss the proceedings in the Second Circuit. The Second Circuit granted that motion and dismissed the case from its docket on February 25, 2020.

Manea and the United States (acting on behalf of Romania) now ask this Court to dismiss Manea's petition for habeas relief. That is clearly appropriate in the circumstances. Accordingly, the Court makes this Order:

1. To the extent that the Court's prior Ruling, Doc. 28, dismissed Manea's petition without prejudice in contemplation of possible future renewal, that Ruling is VACATED.

2. The parties' "Joint Motion to Dismiss Petition" [Doc. 36] is GRANTED. Manea's petition is DISMISSED.

3. The Clerk is directed to close the file.

It is SO ORDERED.

Dated: New Haven, Connecticut
February 28, 2020

/s/Charles S. Haight, Jr.
CHARLES S. HAIGHT, JR.
Senior United States District Judge